**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,** <br> **Plaintiff,** <br><br> **v.** <br><br> **BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,** <br> **Defendants** | : | **C.A. No. 05-312ML** |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON AN OUT-OF-STATE CORPORATION AND DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1) and h(1)**

Now comes the undersigned, Richard A. Sinapi, Esquire, in the above-cited matter, being duly sworn, and does hereby depose and say as follows:

1. That I am the lead attorney of record on behalf of the Plaintiff in the above-cited matter.

2. That on or about **August 17, 2005**, I caused a duplicate original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon Defendant **Bank of America Corporation, at 100 N. Tryon Street, Charlotte, NC 28255,** as evidenced by the attached letter dated **August 17, 2005,** and Certified Mail Receipt Number 7178 0167 5990 0000 **4635.**

3. That attached hereto and incorporated by reference is a copy of the Domestic Return Receipt, evidencing receipt of the Summons and Complaint sent certified mail, by Defendant, **Bank of America Corporation, on or about August 20, 2005.**

4. That on or about **August 17, 2005**, I caused a duplicate original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon Defendant **Separation Pay and Benefits Plan of FleetBoston Financial Corporation and participating subsidiaries, c/o Mauro A. Cieri, Plan Administrator, One Federal Street, MA 5-5-3-06-13, Boston, MA 02110,** as evidenced by the attached letter dated **August 17, 2005,** and Certified Mail Receipt Number 7178 0167 5990 0000 **4642.**

5. That attached hereto and incorporated by reference is a copy of the Domestic Return Receipt, evidencing receipt of the Summons and Complaint sent certified mail, by Defendant, **Separation Pay and Benefits Plan of FleetBoston Financial Corporation and participating subsidiaries, c/o Mauro A. Cieri, on or about September 13, 2005**.

6. That on or about **September 6, 2005**, I caused a duplicate original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon Defendant **Mauro A. Cieri, Plan Administrator, One Federal Street, MA 5-5-3-06-13, Boston, MA 02110,** as evidenced by the attached letter dated **September 6, 2005,** and Certified Mail Receipt Number 7178 0167 5990 0000 **4680.**

7. That attached hereto and incorporated by reference is a copy of the Domestic Return Receipt, evidencing receipt of the Summons and Complaint sent certified mail, by Defendant, **Mauro A. Cieri, Plan Administrator, on or about September 13, 2005**.

**Richard A. Sinapi, Esquire**

Subscribed and sworn to me before me on the 19th day of **September, 2005**.

**NOTARY PUBLIC**
**Commission Expires:** 11/24/07

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: September 19, 2005**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**Sinapi, Formisano & Company, Ltd.**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**Gary W. Flanagan, Esq.**
**Edwards & Angell, LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

I hereby certify that I mailed a copy of the within Affidavit to the above attorney of record, regular mail, postage pre-paid, on the 19th day of September, 2005.

Rita D. Aldeman