SINAPI FORMISANO & COMPANY, LTD.
ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO
MICHAEL D. PUSHEE ▲

*Of Counsel*
GREGORY A. MANCINI ▲
LOUISE A. HERMAN ◆▲

*also member*
*▲ Massachusetts Bar*
*◆ New York Bar*

COPY

August 17, 2005

**CERTIFIED MAIL**
Bank of America Corporation
100 N. Tryon Street
Charlotte, NC 28255

**RE:** ***David A. Stenmark v. Bank of America Corp., Mauro A. Cieri & Separation Pay and Benefits Plan of FleetBoston Financial Corp. and Participating Subsidiaries***
**C.A. No. 05-312-ML (U.S.D.C., District of Rhode Island)**

Dear Sir or Madam:

Please find enclosed a copy of the Summons and Complaint, which is hereby served upon you by certified mail in accordance with Federal Rules of Civil Procedure 4(e)(1) and h(1).

Should you have any questions regarding the forgoing, kindly contact the undersigned at the below Cranston address.

Very truly yours,

Richard A. Sinapi

SINAPI FORMISANO & COMPANY INC
100 MIDWAY PLACE SUITE 1
CRANSTON RI 02920-5707

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type CERTIFIED
2. Article Number
7178 0167 5990 0000 4635

COMPLETE THIS SECTION ON DELIVERY
A. Signature: (☐Addressee or ☐Agent)
X Jay Williams
B. Received By: (Please Print Clearly)
C. Date of Delivery AUG 2 0 2005
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City State ZIP + 4 Code

7178 0167 5990 0000 4635

1. Article Addressed To:
BANK OF AMERICA CORPORATION
100 N. TRYON STREET
CHARLOTTE NC 28255

RECEIPT
7178 0167 5990 0000 4635
FROM:
SINAPI FORMISANO & COMPAN'
RE: Stenmark, David/ RAS

SEND TO:
Bank of America Corporation
100 N. Tryon Street
Charlotte NC 28255

FEES:

| | |
|---|---|
| Postage | 0.37 |
| Certified Fee | 2.301 |
| Special | |
| Restricted | |
| Receipt | 1.75 |
| TOTAL | $ 4.421 |

POSTMARK OR DATE

) 943-9040 E:SFC@SFCLAW.COM
) 841-9696

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

David H. Stenmark

V.

Bank of America Corp., Mauro A. Cieri & Seperation Pay and Benefits Plan of FleetBoston Financial Corp. and Participating Subsidaries

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: [redacted] 05 312ML

TO: (Name and address of Defendant)

BANK OF AMERICA CORPORATION
100 N. Tryon Street
Charlotte, NC 28255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Co., LTD
100 Midway Place, Suite 1
Cranston, RI 02920

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7-15-05

(By) DEPUTY CLERK