UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID H. STENMARK,<br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,<br>Defendants | : | C.A. No. 05-312ML |

**WITHDRAWAL OF APPEARANCE**

I, Gary W. Flanagan, hereby withdraw my appearance as counsel for Defendants Bank Of America, N.A., Separation Pay and Benefits Plan Of FleetBoston Financial Corporation and Participating Subsidiaries As Amended And Restated, and Mauro A. Cieri.

Respectfully submitted,

Gary W. Flanagan (#6632)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

## CERTIFICATE OF SERVICE

I hereby that on the 21st day of December 2005, I caused a true copy of the within Withdrawal of Appearance to be mailed to the following:

Richard A. Sinapi, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Gary W. Flanagan



PRV_772014_1/AFURNESS