UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID H. STENMARK | : | |
| | : | |
| v. | : | C.A. No. 05-312ML |
| | : | |
| BANK OF AMERICA | : | |
| CORPORATION, et al. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
March 10, 2006

BY ORDER:

Deputy Clerk