**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br><br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants** | : | **C.A. No. 05-312 ML** |

**ASSENTED-TO MOTION OF PLAINTIFF TO EXTEND THE TIME WITHIN WHICH TO FILE AN OBJECTION AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS V AND VI**

With the consent of all the Defendants, Plaintiff David H. Stenmark, does hereby move this Honorable Court for an extension of time within which to file an objection and memorandum of law in opposition to Defendants' Motion to Dismiss Counts V and VI of the Complaint an additional twenty (20) days or until on or before April 17, 2006. As grounds therefore and in support thereof, Plaintiff states that the additional time is required by the press of business and ongoing settlement discussions, including an outstanding settlement offer made to the Defendants by Plaintiff.

**WHEREFORE,** Plaintiff prays that its Assented-to Motion for an Extension of Time within which to File an Objection and Memorandum of Law in Opposition to Defendants' Motion to Dismiss Counts V and VI of the Complaint be granted until on or before April 17, 2006.

**PLAINTIFF,**
By its attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: March 23, 2006**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**V. Edward Formisano, Esq. (R.I. Bar No. 5512)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

## CERTIFICATION

**TO: Mark A. Pogue, Esq.**
**Edwards Angell Palmer & Dodge, LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

I hereby certify that a true copy of the within was mailed, postage prepaid, to the above-named counsel of record this 24 day of **March, 2006.**