**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-312 ML** |
| **BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants** | : | |

RECEIVED

MAR 27 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**ASSENTED-TO MOTION OF PLAINTIFF TO EXTEND THE TIME WITHIN WHICH TO FILE AN OBJECTION AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

With the consent of all the Defendants, Plaintiff David H. Stenmark, does hereby move this Honorable Court for an extension of time within which to file an objection and memorandum of law in opposition to Defendants' Motion for a Protective Order an additional eleven (11) days or until on or before April 7, 2006. As grounds therefore and in support thereof, Plaintiff states that the additional time is required by the press of business and ongoing settlement discussions, including an outstanding settlement offer made to the Defendants by Plaintiff.

**WHEREFORE,** Plaintiff prays that its Assented-to Motion for an Extension of Time within which to File an Objection and Memorandum of Law in Opposition to Defendants' Motion for a Protective Order be granted until on or before April 7, 2006.

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
March 28, 2006

Referred to U.S.M.J. Martin
for findings & recommendation
for determination

Mary M. Lisi, U.S. District Judge
Date: 3/24/06