UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID H. STENMARK,<br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,<br>Defendants. | : | C.A. No. 05-312ML |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendants hereby move for an order permitting them to file a short reply brief, by April 21, 2006, in response to plaintiff's objection to defendants' motion for a protective order.

Defendants are authorized to represent that plaintiff assents to the granting of this motion.

BANK OF AMERICA, N.A., SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES AS AMENDED AND RESTATED, and MAURO A. CIERI

By their Attorneys,

Mark A. Pogue (#3341)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
Fax: (401)-276-6611

**CERTIFICATE OF SERVICE**

I hereby that on the 21st day of April 2006, I caused a true copy of the within Assented-To Motion For Leave To File Reply Brief to be mailed to the following:

Richard A. Sinapi, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920