UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID H. STENMARK, Plaintiff | : | |
| v. | : | |
| BANK OF AMERICA CORPORATION, et al. | : | C.A. No. 05-312ML |
| Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, Bank of America, N.A., et al. hereby move that Brian P. Pezza be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,

BANK OF AMERICA, N.A., et al.

Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: May 4, 2006

**BRIAN P. PEZZA'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had by *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

**Form 1 (cont'd)**

**Armstrong v. Bank of America Corporation**
**Case No. 06-19 S-DLM**
**Filed Pro Hac Vice Application on January 27, 2006**
**Order Granting Pro Hac Vice by Judge William E. Smith on February 17, 2006**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Brian P. Pezza (Mass B.B.O. # 651076)
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
(617) 951.2291
(888) 325.9620 (fax)

Dated: May 8, 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Mark A. Pogue, Esq. (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9050 (fax)

---

**ORDER**

This motion is hereby Granted

Mary M. Lisi
District Judge
Dated: 5/31/06

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2006, I sent by first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Richard A. Sinapi, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Mark A. Pogue