**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID H. STENMARK,**
**Plaintiff**

**v.**

**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**
**Defendants.**

**C.A. No. 05-312ML**

FILED
JUN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Granted. Mary M. Lisi USDJ 6/6/06

**JOINT MOTION TO MODIFY PRETRIAL ORDER AND EXTEND DISCOVERY**

The parties jointly move to modify the pretrial order entered in this matter and extend the discovery period (and associated pretrial deadlines) in this case until a date 120 days after the Defendants' pending motion for a protective order is determined by this Court.

In support of this motion, the parties state as follows.

Presently, discovery is scheduled to close on June 9, 2006. On or about January 13, 2006, Plaintiff served detailed requests for production and a set of interrogatories on each of the Defendants. However, no responses have been served and no further discovery has occurred in this case thus far, because the nature and scope of permissible discovery is in dispute. In particular, there are two motions pending which are likely to have a significant impact on the nature and amount of permitted discovery. First, the Defendants have filed a motion to dismiss two of the counts in the Complaint. This motion is fully briefed and is scheduled to be argued on July 18, 2006.

Second, the Defendants have filed a motion for a protective order with regard to most of the discovery requests served by the Plaintiff. Because the scope of permissible discovery will likely be affected by the outcome of the pending motion to dismiss, Magistrate Judge Martin intends to schedule a hearing on the motion for protective order only ***after*** the motion to dismiss is resolved.

Once the motion for protective order is argued and determined, the parties will need a certain period of time to assess and complete their discovery needs. For this reason, the parties respectfully request that pretrial order be modified to extend the discovery period in this case (together with associated pretrial deadlines) to a date 120 days after the pending motion for protective order is resolved. Once the protective order motion is determined and the discovery closure date is known, the parties will so inform the Court of the discovery closure date.

**Conclusion**

For the foregoing reasons, the parties' respectfully pray that their joint motion to modify the pretrial order and extend discovery be granted.

**Richard A. Sinapi (#2977)**
**SINAPI, FORMISANO & COMPANY, LTD.**
100 Midway Place, Suite 1
Cranston, RI 02920
Attorney for Plaintiff

**Mark A. Pogue (#3341)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
2800 Financial Plaza
Providence, RI 02903
Attorney for Defendants