UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID H. STENMARK,<br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,<br>Defendants | : | C.A. No. 05-312ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, Bank Of America, N.A., Separation Pay and Benefits Plan of FleetBoston Financial Corporation And Participating Subsidiaries As Amended And Restated, and Mauro A. Cieri hereby move that Gina D. Wodarski be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,
**BANK OF AMERICA, N.A., SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES AS AMENDED AND RESTATED, and MAURO A. CIERI**
By its Attorneys,

Dated: 9-7, 2006

Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

# GINA D. WODARSKI CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts. I am also admitted to practice before the United States District court for the District of Massachusetts and the United States District Court for the Western District of Pennsylvania, and my eligibility to practice before these courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

**None**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that effect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Gina D. Wodarski (MA Bar No. 644377)
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
Phone: (617) 951-2223
Fax: (888) 325-9482

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Phone: (401) 274-9200
Fax: (401) 276-6611

---

**ORDER**

This motion is hereby ________________________________________

__________________________
District Judge

Date:

**CERTIFICATION OF SERVICE**

I hereby certify that on this 8th day of September, 2006, a true copy of the foregoing document was sent, via electronic filing and U.S. mail, to counsel listed below:

Richard A. Sinapi, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Alison M. Furness