**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br><br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants** | : | **C.A. No. 05-312 ML** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Now comes the Plaintiff, David H. Stenmark, in the above-cited matter and does hereby submit this Notice of Supplemental Authority in opposition to Defendants' Motion for a Protective Order, currently pending for oral argument on September 26, 2006 before Magistrate Judge David L. Martin, to bring to the Court's attention the following additional authority which supports his contention that adjudication of the well-pled claims at issue in the Complaint requires discovery beyond the administrative record. *Vartanian v. Monsanto Co.,* 131 F.3d 264, 269, 271-272 (1st Cir. 1997)(employer breaches its fiduciary duty under ERISA when it misrepresents to its employees that no change in severance benefits is forthcoming, when, in fact, such a change is under "serious consideration;" determination of whether change was under "serious consideration" requires fact-specific totality of circumstances inquiry and analysis; and, suggesting that if confronted with "positive misrepresentation" by employer, this may be material "regardless of whether future changes are under consideration at the time the misstatement is made"); *see also Rodowicz v. Massachusetts Mutual Life Insurance Company*, 192 F.3d 162, 173-174 (1st Cir. 1999).

**PLAINTIFF,**
By his attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: September 11, 2006**

**/s/ Richard A. Sinapi, Esq.**
**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**TO: Mark A. Pogue, Esq.**
**Brian P. Pezza, Esq.**
**Gina D. Wodarski, Esq.**
**Edwards Angell Palmer & Dodge, LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

I hereby certify that a true copy of the within was faxed and mailed, postage prepaid, to the above-named counsel of record this **11th** day of **September, 2006.**

**/s/ Richard A. Sinapi, Esq.**