**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 05-312 ML** |
| | : | |
| **BANK OF AMERICA CORPORATION,** | : | |
| **as successor and assignee of** | : | |
| **FLEETBOSTON FINANCIAL** | : | |
| **CORPORATION, SEPARATION PAY** | : | |
| **AND BENEFITS PLAN OF** | : | |
| **FLEETBOSTON FINANCIAL** | : | |
| **CORPORATION AND** | : | |
| **PARTICIPATING SUBSIDIARIES, and** | : | |
| **MAURO A. CIERI, in his capacity as** | : | |
| **Plan Administrator,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S OBJECTION[1] TO U.S. MAGISTRATE JUDGE'S MEMORANDUM AND ORDER GRANTING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER DATED SEPTEMBER 29, 2006**

Now comes the Plaintiff, David H. Stenmark, in the above-cited matter pursuant to Fed.R.Civ.P. 72(a) and LR Cv 72(c) and does hereby object to the U.S. Magistrate Judge's Memorandum and Order Granting in Part Defendants' Motion for Protective Order Dated September 29, 2006, to the extent of and for the reasons specified in its Memorandum of Law filed simultaneously herewith.

Because, *inter alia*, the practical effect of that portion of the foregoing memorandum and order appealed from is to *sub silentio* dismiss Count Two of Plaintiff's Complaint, Plaintiff hereby requests oral argument, insofar as the challenged decision amounts to more than a mere nondispositive discovery ruling.

---

[1] The Fed.R.Civ.P. 72(a) describes the request for a trial judge's review of a Magistrate Judge's determination of a nondispositive matter as an "objection." LR Cv 72(c) appears to characterize it as an "appeal." For brevity and consistency, Plaintiff's request for review shall be referred to as an "objection" herein and in his memorandum of law in support.

**WHEREFORE,** Plaintiff prays that the U.S. Magistrate Judge's Memorandum and Order Granting in Part Defendants' Motion for Protective Order Dated September 29, 2006 be set aside and/or modified to the extent of and for the reasons and on the grounds specified in his Memorandum of Law.

**PLAINTIFF,**
By his attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: October 16, 2006**

**/s/ Richard A. Sinapi, Esq.**
**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

**CERTIFICATION**

**TO: Mark A. Pogue, Esq.**
**Gina D. Wodarski, Esq.**
**Edwards Angell Palmer & Dodge, LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

I hereby certify that a true copy of the within **Objection** was caused to be served upon the above-named counsel of record this **16th** day of **October, 2006.**

**/s/ Richard A. Sinapi, Esq.**