UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID H. STENMARK,<br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A.CIERI, in his capacity as Plan Administrator,<br>Defendants. | C.A. No. 05-312 ML |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's appeal of Magistrate Judge Martin's order granting in part and denying in part Defendants' motion for a protective order. For the reasons stated below, the Court denies Plaintiff's appeal and affirms the Magistrate Judge's decision.

This Court must defer to the Magistrate Judge's decision on a non-dispositive matter unless the order is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Plaintiff raises several arguments alleging that the Magistrate Judge committed error. The Court has considered Plaintiff's arguments and has reviewed the Magistrate Judge's thoughtful and cogent decision. The Court finds Plaintiff's arguments to be without merit. The Magistrate Judge's decision is not clearly erroneous or contrary to law.

The Court DENIES Plaintiff's appeal and AFFIRMS the Magistrate Judge's order.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 8, 2006