**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br><br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants.** | : | **C.A. No. 05-312ML** |

**JOINT MOTION TO MODIFY PRETRIAL ORDER AND RESET AND EXTEND DISCOVERY**

The parties jointly move to modify the pretrial order entered in this matter, and reset and extend the discovery period in this case up to and including June 30, 2007 . The parties also jointly move to modify all other pretrial deadlines by 120 days.

In support of this motion, the parties state as follows.

Previously, discovery was scheduled to close on June 9, 2006. On or about January 13, 2006, Plaintiff served detailed requests for production and a set of interrogatories on each of the Defendants. However, no responses have been served and no further discovery has occurred in this case thus far, because the nature and scope of permissible discovery has been in dispute. In particular, there were two motions pending that had a significant impact on the nature and amount of permitted discovery. First, the Defendants filed a motion to dismiss two counts of the

Complaint. The Court issued a decision granting Defendants' motion to dismiss on or about August 24, 2006.

Second, the Defendants filed a motion for a protective order with regard to discovery requests served by the Plaintiff. Because the scope of permissible discovery was affected by the outcome of the motion to dismiss, Magistrate Judge Martin scheduled a hearing on the motion for protective order for September 26, 2006, ***after*** the motion to dismiss was resolved.

On September 29, 2006, the Court issued a decision with respect to Defendants' motion for protective order, granting it in part and denying it in part. On October 16, 2006, Plaintiff appealed that decision. The Court, however, issued an order on November 8, 2006, upholding its previous September 29, 2006 decision.

Per the parties' previous stipulation approved by the Court, dated June 6, 2006, the discovery closure date was changed to a date "120 days after the pending motion for protective order [was] resolved." The parties were also to inform the Court of the new discovery closure date.

Since the Court's November 8, 2006 Order, the parties have conferred and determined that several discovery issues maintain outstanding, and that they will need a certain period of time to assess and complete discovery, per the Court's September 29, 2006 Order.

For this reason, the parties respectfully request that the pretrial order be modified to reset and extend the discovery period in this case up to and including June 30, 2007. Further, the parties respectfully request that the pretrial order be also modified to extend all remaining pretrial deadlines by 120 days.

## Conclusion

For the foregoing reasons, the parties' respectfully pray that the within joint motion to modify the pretrial order, and reset and extend discovery be granted.

/s/ Richard A. Sinapi
**Richard A. Sinapi (#2977)**
**SINAPI, FORMISANO & COMPANY, LTD.**
100 Midway Place, Suite 1
Cranston, RI 02920
Attorney for Plaintiff

/s/ Gina D. Wodarski
**Gina D. Wodarski (admitted *pro hac vice*)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
101 Federal Street
Boston, MA 02110

**Mark A. Pogue (#3341)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
2800 Financial Plaza
Providence, RI 02903
Attorney for Defendants

**Certificate of Service**

I hereby certify that on the 23rd day of February 2007 a copy of the foregoing Joint Motion To Modify Pretrial Order And Extend Discovery was served by first class mail, postage prepaid to:

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

_____/s/ Gina D. Wodarski___________