**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br><br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants.** | : | **C.A. No. 05-312ML** |

**JOINT MOTION TO MODIFY THE PRETRIAL ORDER AND RESET AND EXTEND THE PRETRIAL AND DISPOSITIVE MOTION DEADLINES**

The parties jointly move to modify the pretrial order entered in this matter, and reset and extend the dispositive motion deadline by approximately thirty (30) days, up to and including August 17, 2007. The parties also jointly move to modify all other pretrial deadlines by 30 days.

In support of this motion, the parties state as follows.

Presently, discovery is scheduled to close on July 2, 2006, and dispositive motions must be filed by July 16, 2007. Recently, on June 11, 2007, the Court ordered that a settlement conference is to be held on July 12, 2006. As a result, the parties will be preparing for the settlement conference and exploring settlement at the same time that they will be drafting summary judgment motions.

Since the Court's June 11, 2007 Order, the parties have conferred and determined that they would like to avoid the time and expense of drafting dispositive motions, while preparing

for and engaging in good faith settlement negotiations. The parties need a certain period of time to assess and complete settlement discussions, per the Court's June 11, 2007 Order, prior to drafting and submitting dispositive motions in the case at bar.

For this reason, the parties respectfully request that the pretrial order be modified to reset and extend the dispositive motion deadline in this case up to and including August 17, 2007. Further, the parties respectfully request that the pretrial order be also modified to extend all remaining pretrial deadlines by 30 days.

## Conclusion

For the foregoing reasons, the parties' respectfully pray that the within joint motion to modify the pretrial order, and reset and extend the pretrial and dispositive motion deadlines be granted.

/s/ Richard A. Sinapi
**Richard A. Sinapi (#2977)**
**SINAPI, FORMISANO & COMPANY, LTD.**
100 Midway Place, Suite 1
Cranston, RI 02920
Attorney for Plaintiff

/s/ Mark A. Pogue
**Mark A. Pogue (#3341)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
2800 Financial Plaza
Providence, RI 02903

**Gina D. Wodarski (admitted *pro hac vice*)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
111 Huntington Avenue
Boston, MA 02199
Attorney for Defendants

**Certificate of Service**

I hereby certify that on the 26th day of June 2007 a copy of the foregoing Joint Motion To Modify Pretrial Order And Extend the Dispositive Motion Deadline was served by first class mail, postage prepaid to:

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

/s/ Gina D. Wodarski