**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants** | **C.A. No. 05-312 ML** |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for and on behalf of all of the parties in the above-entitled action, that this action, including all asserted and potential claims, is hereby dismissed with prejudice, without costs to any of the parties as against any of the other parties and with no rights to appeal.

Respectfully submitted,

/s/ Richard A. Sinapi
**Richard A. Sinapi (#2977)**
**SINAPI, FORMISANO & COMPANY, LTD.**
100 Midway Place, Suite 1
Cranston, RI 02920
Attorney for Plaintiff

/s/ Mark A. Pogue
**Mark A. Pogue (#3341)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
2800 Financial Plaza
Providence, RI 02903

**Gina D. Wodarski (admitted *pro hac vice*)**
**EDWARDS ANGELL PALMER & DODGE, LLP**
111 Huntington Avenue
Boston, MA 02199
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **DAVID H. STENMARK,**<br>**Plaintiff**<br><br>**v.**<br>**BANK OF AMERICA CORPORATION, as successor and assignee of FLEETBOSTON FINANCIAL CORPORATION, SEPARATION PAY AND BENEFITS PLAN OF FLEETBOSTON FINANCIAL CORPORATION AND PARTICIPATING SUBSIDIARIES, and MAURO A. CIERI, in his capacity as Plan Administrator,**<br>**Defendants** | **C.A. No. 05-312 ML** |

**ORDER OF COURT**

AND NOW, this ___ day of __________, 2007, it is hereby ORDERED that, upon the Stipulation of Dismissal of the parties, all claims of Plaintiff are dismissed with prejudice to the Plaintiff, each party to bear its own costs and fees as to such claims, and that this Court retains jurisdiction of this matter for purposes of interpreting and enforcing any settlement agreement between the parties.

______________________________
UNITED STATES DISTRICT JUDGE